UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GABRIEL HOLDEN,<br>    Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>    Defendant. | Case No. 15-cv-05016-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket Nos. 16 |

Before the Court is an Application to File a Late Brief which was submitted late, without prior application for late filing. (Dkt. 16). Counsel, Denise Bourgeois Haley, is hereby ordered to appear on May 18, 2016 at 1:30 p.m. in Courtroom A of this Court, located at 450 Golden Gate Avenue, San Francisco, California to show cause as to why monetary sanctions should not be imposed upon counsel or to show cause why this Court should accept a late filing.

**IT IS SO ORDERED**.

Dated: May 6, 2016

_____
SALLIE KIM
United States Magistrate Judge